# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155196(96)

MICHIGAN GUN OWNERS, INC. and
ULYSSES WONG,
      Plaintiffs-Appellants,

v

ANN ARBOR PUBLIC SCHOOLS and
JEANICE K. SWIFT,
      Defendants-Appellees.
_____/

SC: 155196
COA: 329632
Washtenaw CC: 15-000427-CZ

On order of the Chief Justice, the motion of Engage 18 to file a brief amicus curiae and to extend the time for filing the brief is GRANTED. The amicus brief submitted on March 30, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2018



Clerk